IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-00176-MOC

| | |
|---|---|
| L.B., a minor, by and through her Guardian, ANN BROCK, ) ) ) Plaintiff, ) ) ) Vs. ) ) WELLS FARGO & COMPANY ) HEALTH PLAN and UNITED ) BEHAVIORAL HEALTH, INC. ) ) Defendant. ) ) | ORDER |

**THIS MATTER** is before the court on plaintiff's Motion to Seal in which, pursuant to Local Civil Rule 6.1, plaintiff asks the court's permission to file Exhibit A of the forthcoming Motion for Appointment of Guardian Ad Litem under seal. The motion explains that Exhibit A, a declaration by Ann Brock in support of the Motion for Appointment, "contains personal and private information concerning plaintiff that may reveal her identity." The court finds this constitutes appropriate grounds for sealing this portion of the forthcoming Motion for Appointment, and accordingly enters the following order allowing plaintiff to file Exhibit A of the motion under seal.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Seal (#5) is **GRANTED** and plaintiff shall file Exhibit A of her Motion for Appointment under seal.

Signed: March 26, 2013

Max O. Cogburn Jr.
United States District Judge