IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-176

| | |
|---|---|
| L.B., a minor, by and through her guardian, ANN T. BROCK,<br><br>Plaintiff,<br><br>Vs.<br><br>WELLS FARGO & COMPANY HEALTH PLAN and UNITED BEHAVIORAL HEALTH, INC.,<br><br>Defendant. | **AMENDED ORDER** |

**THIS MATTER** is before the court on Defendant's Motion for Clarification (#98). For the reasons stated therein, and given that Plaintiff consents to Defendant's request, the court will grant the motion.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Motion for Clarification (#98) is **GRANTED** and the court's previous Order (#95) is amended such that the transcript of the October 3, 2013 hearing shall be redacted before the transcript is made public to omit the following words:

(1) at page 6, line 23, the two words before "treatment";

(2) at page 7, line 12, the two words before "difficulties";

(3) at page 7, line 14, the word before "facility";

(4) at page 8, line 9, the word after "attending";

(5) at page 13, line 23, the word after "Plaintiff's".

Signed: January 17, 2014

Max O. Cogburn Jr.
United States District Judge